In the Matter of the Claim of ETHEL H. VOLLMERS against THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

STATE INDUSTRIAL COMMISSION, Appellant.

*Vollmers* v. *N. Y. Central R. R. Co.*, 180 App. Div. 60, reversed.
(Argued February 27, 1918; decided March 19, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 13, 1917, which reversed an award of the state industrial commission made under the Workmen's Compensation Law, and dismissed the claim on the ground that the claimant's husband when he met with the accident which caused his death was employed by the railroad as a plumber in inspection and repair of a passenger station at Hillsdale, then in use by the railroad as an instrumentality of interstate commerce, and that, therefore, the Federal Employers' Liability Act exclusively prescribed and limited the rights and liabilities of the parties.

*Merton E. Lewis, Attorney-General (E. C. Aiken of counsel) for appellant.*

*Robert E. Whalen for respondent.*

Order of Appellate Division reversed and determination of the state industrial commission affirmed, with costs in the Appellate Division and in this court, on the authority of *Shanks* v. *D., L. & W. R. R. Co.* (214 N. Y. 413; 239 U. S. 556); *Gallagher* v. *N. Y. C. & H. R. R. R. Co.* (180 App. Div. 88; 222 N. Y. 649); no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, CARDOZO, POUND and ANDREWS, JJ.